UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

DOUGLAS B. STALLEY, on behalf )
of the United States of        )
America,                       )
                               )
            Plaintiff,         )
                               )
     v.                        )    Case No. 2:06-0074
                               )    Judge Echols
SUMNER REGIONAL HEALTH         )
SYSTEMS, INC., a Tennessee     )
Corporation; and JOHN DOES 1   )
through 10, Unknown            )
Defendants,                    )
                               )
            Defendants.        )

**ORDER**

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) Defendant Sumner Regional Health Systems, Inc.'s Motion to Strike Response (Docket Entry No. 38) is hereby DENIED;

(2) Defendant Sumner Regional Health Systems, Inc.'s Motion Requesting Oral Argument (Docket Entry No. 12) is hereby DENIED;

(3) Defendant Sumner Regional Health Systems, Inc.'s Motion to Dismiss (Docket Entry No. 10) is hereby GRANTED; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order shall constitute the final judgment in this case pursuant to Rules 58 and 79 of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE